# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| AARON OLSON, et al., <br> *Plaintiff* <br> v. <br> UNITED STATES, Department of Interior, Bureau of Indian Affairs, Wapato Irrigation Project, <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 1:14-CV-3166-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion to Dismiss ECF No. 12, is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on Defendant's Motion to Dismiss.

Date: April 23, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen